Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:99CR00009-001/RV

WARREN G. HOVERMALE, III

On August 26, 1999, the above named was sentenced to a period of three (3) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Warren G. Hovermale be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___29___ day of ___November 2006___.

Roger Vinson
Senior U.S. District Judge

06 NOV 29 PM 2: 16

FILED